**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. Barnes           Date: October 20, 2006
Court Reporter: Darlene Martinez

Civil Action No. 06-cv-01591-PSF-MJW

| *Parties:* | *Counsel:* |
|---|---|
| OPTICAL COMMUNICATION PRODUCTS, INC., a Delaware Corporation, | Tim Reynolds |
| Plaintiff, | |
| v. | |
| OLYMPIA PROPERTIES, L.L.C., a Washington limited liability company, and DOES 1-50, | Joe Silver Robert Marsh |
| Defendants. | |

___

**COURTROOM MINUTES**
___

HEARING: Motions

**3:28 p.m.**      **Court in session.**

**ORDER:**      Defendant's Motion for Recusal **(12)** is **denied.**

**ORDER:**      Defendant's Motion to Seal Transcript Appearing as Exhibit 1 to Motion for Recusal **(13)** is **denied.**

**4:22 p.m.**      **Court in recess/hearing concluded.**

Total in-court time: 00:54.