IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01591-PSF-MJW

OPTICAL COMMUNICATION PRODUCTS, INC.,

Plaintiff(s),

v.

OLYMPIA PROPERTIES, LLC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant's Motion for Protective Order (docket no. 31) is DENIED for the following reasons.  The subpoena duces tecum served upon non-party Equastone seeks relevant, non-privileged and discoverable information relating directly to Defendant's claim that its property decreased in value as a result of Plaintiff's tenancy.  Here, Defendant has offered only vague conclusions that its relationship with Equastone is "burdened" by the subject subpoena.  Such vague conclusions are insufficient to carry Defendant's burden for a protective order.  <u>Jackson v. United States</u>, 153 F.R.D. 646, 648 (D. Colo. 1993).  Lastly, Defendant has failed to establish "good cause" or injury for purposes of a protective order under Fed. R. Civ. P. 26(c).

Date:  February 28, 2007