IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01591-PSF-MJW

OPTICAL COMMUNICATION PRODUCTS, INC.,

Plaintiff(s),

v.

OLYMPIA PROPERTIES, LLC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion for Entry of Stipulated Protective Order (docket no. 36) is GRANTED. The written Stipulated Protective Order is APPROVED as amended in paragraph 13 and made an Order of Court.

Date: February 28, 2007