IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01591-PSF-MJW

OPTICAL COMMUNICATION PRODUCTS, INC.,

Plaintiff(s),

v.

OLYMPIA PROPERTIES, LLC.,

Defendant(s).

MINUTE ORDER
(DN 55)

It is hereby ORDERED that the parties' Joint Motion to Amend the Scheduling Order, DN 55, is GRANTED.  Accordingly, the deadlines established by the Scheduling Order entered in this action are hereby amended as follows:

1. Subject to the limits otherwise established in the Scheduling Order, the parties may serve written discovery on or before April 29, 2007.

2. The parties may serve rebuttal expert disclosures on or before May 21, 2007.

3. The deadline for completion of all fact discovery is extended up to and including July 13, 2007.

4. The deadline for filing dispositive motions is extended up to and including July 20, 2007.

It is further ordered that the final pretrial conference in this matter, currently scheduled for July 31, 2007, is hereby vacated and reset on September 6, 2007, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The parties shall submit their proposed Final Pretrial Order on or before August 31, 2007.

Date:  April 6, 2007