IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01591-PSF-MJW

OPTICAL COMMUNICATION PRODUCTS, INC.,

Plaintiff(s),

v.

OLYMPIA PROPERTIES, LLC.,

Defendant(s).

MINUTE ORDER

Based upon the Notice of Settlement and Stipulated Motion to Vacate Hearing (docket no. 69), it is hereby ORDERED that the Motions Hearing set before Magistrate Judge Watanabe on May 17, 2007, at 3:00 p.m. is VACATED.

It is FURTHER ORDERED that Plaintiff's Motion to Compel Supplementation of Initial Disclosures (docket no. 45) is MOOT based upon the settlement and therefore DENIED.

It is FURTHER ORDERED that the Final Pretrial Conference set on September 6, 2007, at 9:00 a.m. is VACATED.

It is FURTHER ORDERED that the parties shall file their stipulation for dismissal with the court on or before May 31, 2007, or show cause why this case should not be dismissed.

Date:   May 15, 2007